**Lonnie SNELLING, Plaintiff/Appellant,**

v.

**Richard SMITH, Larossa Smith, and Katrina D. Allen, Defendants/Respondents.**

**No. ED 100271.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 2014.

Lonnie Snelling, St. Louis, MO, pro se, appellant.

Larossa Smith, Richard Smith, Katrina Allen, St. Louis, MO, pro se, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Lonnie Snelling appeals from the judgment of the trial court denying his Motion to Set Aside Denial of Revival of Judgment.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find no error of law. An extended opinion would have no precedential value or serve any jurisprudential purpose. We affirm the trial court's judgment in accordance with Rule 84.16(b).